# EXHIBIT A

## WILLIAM RHODES

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Foo Fighters | Breakout | There Is Nothing Left To Lose | 285-034 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| UMG Recordings, Inc. | Sublime | April 29, 1992 (Miami) | Sublime | 224-105 |
| Capitol Records, Inc. | Beastie Boys | Sabotage | Ill Communication | 213-461 |
| UMG Recordings, Inc. | U2 | Stranger In A Strange Land | October | 30-452 |