AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,**

v.

**WILLIAM RHODES**

CA 06 189 T

TO:
**WILLIAM RHODES**
**275 Railroad Ave.**
**Saunderstown, RI 02874-1811**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 4/21/06

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **BMG MUSIC, A NEW YORK GENERAL PARTNERSHIP; ET AL.**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**WILLIAM RHODES**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 189T**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of May, 2006, at 3:49 PM**, at the address of **275 RAILROAD Avenue , SAUNDERSTOWN, Washington** County, **RI** ; this declarant served the above described documents upon **WILLIAM RHODES,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Joe Freitas, Grandson, White, Male, 21yrs, 5'11", 190lbs, Red Hair**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **3rd day of May, 2006.**

**Gordon Moniz**

ABC's Client Name
**Holme, Roberts & Owen LLP (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3868507**