UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG MUSIC, et al.,
Plaintiffs,

v.

C.A. No. 06-189 (T)

WILLIAM RHODES,
Defendant.

**ENTRY OF APPEARANCE**

Michael H. Feldhuhn, Esquire (#3344) hereby enters his appearance for the defendant.

Defendant,
By His Attorney,

RECEIVED
JUN 02 2006
Property of U.S. District Court
District of Rhode Island

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780
6/2/06

**CERTIFICATION**

On this 2nd day of June, 2006, I mailed a copy of this to:

James E. O'Neil, Esquire
Meadows Office Park
1130 Ten Rod Road
Suite A-103
North Kingstown, RI 02852

Jeffrey C. Blair, Esquire
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541