RECEIVED
JUN 12 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG MUSIC, et al.,
Plaintiffs,

v.

C.A. No. 06-189 (T)

WILLIAM RHODES,
Defendant.

STIPULATION

The parties agree that the defendant may have an enlargement of time, to and including July 5, 2006, to respond to the complaint.

Plaintiffs,
By Their Attorney,

James E. O'Neil (#2097)
Meadows Office Park
1130 Ten Rod Road
Suite A-103
North Kingstown, RI 02852
Tel. (401) 667-7111
FAX (401) 667-7112

DATE: 6/7/06

Defendant,
By His Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATE: 6/12/06

ENTER:

Ernest C. Torres

The Honorable Ernest C. Torres
United States Chief District Judge

DATE: 6/16/06