UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG MUSIC, et al.,
Plaintiffs,

v.

C.A. No. 06-189 (T)

WILLIAM RHODES,
Defendant.

**ANSWER TO COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

Defendant, WILLIAM RHODES, answers plaintiffs' complaint as follows:

JURISDICTION AND VENUE

1. Admitted.

2. Admitted.

3. Defendant admits that he resides in this District but denies that he committed any act of copyright infringement in this or any other District.

PARTIES

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7.

8. Admitted.

**COUNT I**
**INFRINGEMENT OF COPYRIGHTS**

9. Defendant incorporates herein by reference his answers to paragraphs 1 through 8 above.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10; plaintiffs assert that they have valid Certificates of Copyright Registration but none are attached to their complaint.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.

12. Denied.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.

14. Denied.

15. Denied.

16. Denied.

WHEREFORE, defendant prays for judgment in his favor, denying and dismissing plaintiffs' complaint with prejudice and awarding to defendant his costs and legal fees.

**AFFIRMATIVE DEFENSES**

Defendant asserts the following as his affirmative defenses:

1. Defendant has never downloaded, shared, copied, or distributed any Copyrighted Recordings.

2. To the extent that any Copyrighted Recordings were downloaded, shared, copied, or distributed using a computer or internet service account linked to defendant, said downloading, sharing, copying, and/or distributing would have been by persons for whom this defendant is not legally responsible.

3. Plaintiffs were informed, prior to their commencement of this action, that defendant had never downloaded, shared, copied, or distributed any Copyrighted Recordings, yet plaintiffs commenced this action against defendant anyway.

4. Plaintiffs were informed, prior to their commencement of this action, that to the extent that any Copyrighted Recordings were downloaded, shared, copied, or distributed using a computer or internet service account linked to defendant, said downloading, sharing, copying, and/or distributing would have been by persons for whom this defendant is not legally responsible, yet plaintiffs commenced this action against defendant anyway.

5. To the extent that any Copyrighted Recordings were downloaded, shared, copied, or distributed using a computer or internet service account linked to defendant, said downloading, sharing, copying, and/or distributing was innocent.

6. The complaint fails to state a claim against this defendant upon which relief may be granted.

7. Some or all of the purported infringements alleged by plaintiffs are barred by the statutes of limitations set forth in section 507 of the Copyright Act.

8. Waiver.

9. Estoppel.

10. Laches.

11. Unclean hands.

12. Fair use.

13. Copyright misuse.

14. Failure to join indispensable parties.

WHEREFORE, defendant prays for judgment in his favor, denying and dismissing plaintiffs' complaint with prejudice and awarding to defendant his costs and legal fees.

Defendant,
WILLIAM RHODES,
By His Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Defendant demands a trial by jury on all issues so triable.

**CERTIFICATION**

On this 29th day of June, 2006, I mailed a copy of this to:

James E. O'Neil, Esquire
Meadows Office Park
1130 Ten Rod Road
Suite A-103
North Kingstown, RI 02852

Jeffrey C. Blair, Esquire
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541