**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | ) | Civil No. 1:06-cv-00189-T-LDA |
| Plaintiffs, | ) | Senior District Judge Ernest C. Torres |
| v. | ) | |
| WILLIAM RHODES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs BMG MUSIC, *et al.*, and Defendant William Rhodes, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

/s/ James E. O'Neil
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for BMG MUSIC; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and UMG RECORDINGS, INC.

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn (RI Bar #3344)
56 Pine Street
Suite 200
Providence, RI 02903
Telephone: (401) 331-6600
Facsimile: (401) 274-2780

Attorney for Defendant